UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRANCE TYSON,<br>*Plaintiff,*<br><br>v.<br><br>JULIET SESAY<br>*Defendant.* | CIVIL NO. 3:20-CV-00296 (SVN)<br><br><br><br>DECEMBER 21, 2022 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of the above-captioned case as to the defendant, with prejudice, and without an award of costs to either party.

PLAINTIFF
TERRANCE TYSON aka
TERENCE TYSON

BY: _____ 12/21, 2022
Theodore W. Heiser, Esq.   Date
Suisman Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
Tel: (860) 442-4416
Fax: (860) 442-0495
E-mail: theiser@sswbgg.com
Federal bar #ct23807

DEFENDANT
JULIET SESAY

WILLIAM TONG
ATTORNEY GENERAL

BY: _____ 12/21, 2022
Lisamaria T. Proscino,   Date
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal bar #ct30588
E-Mail: Lisamaria.Proscino@ct.gov
Tel. (860) 808-5450
Fax. (860) 808-5591

## **CERTIFICATION**

I hereby certify that on December 21, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system.

*/s/ Lisamaria T. Proscino*
Lisamaria T. Proscino
Assistant Attorney General